IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL YELAPI, KATHY DYER and SHERRI BASTRESS, Individuals,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ST. PETERSBURG SURGERY CENTER, LTD., et al.,<br><br>　　　Defendants.<br>_____/ | 8:01-CV-00787-EAJ<br>CLASS ACTION |

ORDER

Before the court is the parties' Joint Stipulation of Partial Dismissal (Dkt. 106-1), filed March 8, 2006.  The parties seek to dismiss with prejudice, each and every defendant listed in Exhibit 1 (Dkt. 106-2), with each party to bear its own costs. The parties set forth that this stipulation comes pursuant to Section 6.a of the Procedure Settlement Agreement and Consent Decree.

Accordingly, it is ORDERED that:

(1)　The Joint Stipulation of Partial Dismissal (Dkt. 106-1) is  GRANTED;

(2)　the parties shall bear their own fees and costs; and

(3)　the clerk is directed to terminate from this action all defendants  listed in Exhibit 1 (Dkt. 106-2).

DONE and ORDERED in Tampa, Florida on this 20th day of March 2006.

ELIZABETH A JENKINS
United States Magistrate Judge

Copies to:
All parties
Counsel of record

2